IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| NOOIE LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:22-cv-1469 (LMB/WEF) |
| ) | |
| NOORIO INNOVATIONS LIMITED, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Defendant Noorio Innovations Limited has filed an Emergency Motion for Continuance of February 2, 2023 Hearing and Request for Extension of Time to Answer Plaintiff's Complaint ("Motion") [Dkt. No. 26]. Because the defendant has failed to show good cause for the relief requested, it is hereby

ORDERED that defendant's Motion [Dkt. No. 26] be and is DENIED.

The preliminary injunction hearing scheduled for Thursday, February 2, 2023 at 10:00 a.m. will proceed as planned. At this hearing, the Court will consider defendant's additional request for an extension of time to answer plaintiff's Complaint.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 31 day of January, 2023.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge