# Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s): Kristen Ward Broz

Brittney R. Powell

Electronic Device(s): ~~Laptop Computer~~ /KWB

(1) ~~four~~ two models of Noorio security cameras; ~~(2) Noorio's solar panel pack; (3) Defendant~~ two models of Nooie's security camera; ~~and (4) Defendant Nooie's pet food dispenser product~~. /KWB

Purpose and Location Of Use: To demonstrate lack of similarity of the marks and advertisements — Courtroom of Judge Leonie Brinkema

Case No.: 1:22-cv-001469

Date(s) Authorized: February 24, 2023 at 10:00 a.m.

IT Clearance Waived: _____(Yes)   _____(No)

APPROVED BY: Only a total of 4 security cameras WITH BATTERIES REMOVED are permitted /KWB 2/21/23

Date: 2/21/23

A copy of this signed authorization must be presented upon entering the courthouse.

IT Clearance: _____   _____
IT Staff Member                Date(s)

**IT clearance must be completed, unless waived, before court appearance.**