UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| NOOIE LLC, a California limited liability company,<br>    Plaintiff,<br><br>    v.<br><br>NOORIO INNOVATIONS LIMITED, a Hong Kong limited company,<br>    Defendant. | Civil Case No.: 1:22-cv-1469-LMB-WEF |

**NOTICE OF SUBMISSION OF EXHIBITS**

  PLEASE TAKE NOTICE that the Court has set a hearing for February 24, 2023 on Plaintiff's Motion for a Preliminary Injunction. (Dkt. 36). On February 21, 2023, Defendant Noorio Innovations Limited submitted its Motion for Relief from the Temporary Restraining Order ("Motion for Relief") (Dkt. 68) and Memorandum in Support Thereof. (Dkt. 69). Defendant submitted as attachments to the Memorandum in Support of the Motion for Relief a Declaration of Noorio with 17 exhibits attached thereto, and a Declaration of Counsel with 12 exhibits attached thereto. (Dkt. 69). On February 23, 2023, Defendant submitted an additional Declaration of Counsel accompanied by exhibits numbered 30-48. Please note that Defendant intends to introduce these exhibits at the February 24, 2023 hearing.

  Defendant's counsel will bring copies of the declarations and exhibits for the Court. Counsel will also bring three physical items that were approved by the Court. (Dkt. 61).

Dated:  February 23, 2023.                                    Respectfully submitted,


                                                                */s/ Brittney R. Powell*
Kristen Ward Broz (VA Bar No. 82776)
Brittney R. Powell (VA Bar No. 87805)
FOX ROTHSCHILD LLP
2020 K Street, N.W., Suite 500
Telephone: (202) 461-3100
Facsimile: (202) 461-3102
Washington, D.C. 20006
BPowell@foxrothschild.com


Adam Wolek (pro hac vice)
321 N. Clark Street, Suite 1600
Chicago, IL 60654
Telephone: (312) 517-9299
Facsimile: (312) 517-9201
AWolek@foxrothschild.com


*Attorneys for Defendant*
*Noorio Innovations Limited*

## CERTIFICATE OF SERVICE

I, Brittney R. Powell, hereby certify that on February 23, 2023, I filed a copy of the foregoing in the Court's CM/ECF system which will serve all counsel of record.

*/s/ Brittney R. Powell*
Brittney R. Powell (VA Bar No. 87805)
*Attorney for Defendant*
